**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Black Patients Matter<br>Plaintiff(s)<br>v.<br>Dean R. Grafilo et al<br>Defendant(s). | CASE NUMBER:<br>2:19-cv-03056-PA-JC<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

<u>Black Patients Matter</u>            X Plaintiff        Defendant        Other _____
*Name of Party*

to substitute <u>Benjamin Fenton of Fenton Law Group, LLP</u>            who is

   X   Retained Counsel        Counsel appointed by the Court (Criminal cases only)        Pro Se

<u>1990 S. Bundy Drive, Suite 777</u>
*Street Address*

<u>Los Angeles, CA 90025</u>                    <u>bfenton@fentonlawgroup.com</u>
*City, State, Zip*                                                    *E-Mail Address*

<u>310-444-5244</u>            <u>310-444-5280</u>            <u>243214</u>
*Telephone Number*            *Fax Number*            *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby        GRANTED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing "pro se" plaintiff in this case.

Dated  May 8, 2019                            /s/  Jacqueline Chooljian
                                            United States Magistrate Judge