| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | JANE ZACK SIMON<br>Supervising Deputy Attorney General |
| 3 | AMY W. LO, State Bar No. 194308<br>KEITH C. SHAW, State Bar No. 227029 |
| 4 | Deputy Attorneys General<br> 455 Golden Gate Avenue, Suite 11000 |
| 5 |  San Francisco, CA  94102-7004<br> Telephone: (415) 510-3482 |
| 6 |  Fax: (415) 703-5480<br> E-mail:  Amy.Lo@doj.ca.gov |
| 7 | *Attorneys for Defendants Kimberly Kirschmeyer, David Chriss, Christopher* |
| 8 | *Schultz, Kerrie Webb, Mary Kathryn Cruz Jones* |
| 9 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **BLACK PATIENTS MATTER,**<br><br>Plaintiff,<br><br>v.<br><br>**KIMBERLY KIRCHMEYER, CHRISTOPHER SCHULTZ, MARY KATHRYN CRUZ JONES, KERRIE WEBB, DAVID CHRISS, in their individual and official capacities,**<br><br>Defendants. | 2:19-CV-03056-PA-JC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER VENUE**<br><br>Date:    December 23, 2019<br>Time:    1:30 p.m.<br>Courtroom:  9A<br>Judge:   Honorable Percy Anderson<br><br>Trial Date:  TBD<br>Action Filed: April 19, 2019 |

Pursuant to Fed. R. Evid. 201, Defendants Kimberly Kirschmeyer, David Chriss, Christopher Schultz, Kerrie Webb, and Mary Kathryn Cruz Jones, by and through their attorneys of record, respectfully request this Court to take judicial notice of the facts that are generally known within the trial court's territorial

1

jurisdiction or can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned, as follows:

    1.    The Medical Board of California (MBOC) is located at 2005 Evergreen Street, Suite 1200, Sacramento, California. (Sources: https://www.mbc.ca.gov/About_Us/Contact_Us.aspx; MBOC official letterhead (see Webb Decl., Attach., MBOC Agenda.)

    2.    The headquarters of the Division of Investigation for the California Department of Consumer Affairs is located at 1747 N. Market Blvd., Suite 265, Sacramento, California. (Source: https://dca-division-of-investigation.blog/office-locations/)

    3.    The MBOC website allows users to subscribe for email alerts. The topics covered are Board Meetings, News, Actions relating to the license or practice of physicians and surgeons, and Regulations. To subscribe, the user need only enter an email address and respond to the MBOC's automatically generated email requesting verification of the email address. (Source: https://www.mbc.ca.gov/Subscribers/)

Dated: November 21, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JANE ZACK SIMON
Supervising Deputy Attorney General
KEITH SHAW
Deputy Attorney General

*/s/ Amy W. Lo*

AMY W. LO
Deputy Attorney General
*Attorneys for Defendants Kimberly Kirschmeyer, David Chriss, Christopher Schultz, Kerrie Webb, Mary Kathryn Cruz Jones*